1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   ABEL RAYA,

8                    Petitioner,                    No. C 08-1446 PJH (PR)

9      vs.                                          **ORDER DENYING
                                                    CERTIFICATE OF
10  BEN CURRY, Warden,                              APPEALABILITY AND
                                                    DENYING MOTION TO
11                   Respondent.                    PROCEED IN FORMA
                                          /         PAUPERIS**

12

13          This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner.  The

14  court denied the petition in a ruling entered on January 26, 2010.  Petitioner has filed a

15  timely notice of appeal and a motion for leave to proceed in forma pauperis ("IFP") on

16  appeal.

17          Petitioner has not requested a certificate of appealability ("COA"), but the notice of

18  appeal will be treated as such a request.  *See United States v. Asrar*, 116 F.3d 1268, 1270

19  (9th Cir. 1997) (if no express request is made for a COA, the notice of appeal shall be

20  deemed to constitute a request for a certificate).

21          A petitioner may not appeal a final order in a federal habeas corpus proceeding

22  without first obtaining a certificate of appealability (formerly known as a certificate of

23  probable cause to appeal).  *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A judge shall

24  grant a certificate of appealability "only if the applicant has made a substantial showing of

25  the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate must indicate

26  which issues satisfy this standard.  *See id.* § 2253(c)(3).  "Where a district court has

27  rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is

28  straightforward: the petitioner must demonstrate that reasonable jurists would find the

**United States District Court**

For the Northern District of California

1   district court's assessment of the constitutional claims debatable or wrong." *Slack v.*

2   *McDaniel*, 120 S.Ct. 1595, 1604 (2000).

3        For the reasons set out in the order denying the petition, jurists of reason would not

4   find the result debatable or wrong.  The implied request for a COA is **DENIED**.  Petitioner's

5   motion for leave to proceed IFP on appeal (document number 13 on the docket) is **DENIED**

6   without prejudice to renewing it if the court of appeals grants a COA.

7        The clerk shall transmit the file, including a copy of this order, to the Court of

8   Appeals.  *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir.

9   1997).  Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P.

10  22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see*

11  R.App.P. 22(b)(2).

12      **IT IS SO ORDERED.**

13  Dated: March 2, 2010.

_____
PHYLLIS J. HAMILTON
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  P:\PRO-SE\PJH\HC.08\RAYA1446.COA.wpd

2